## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| JONATHAN COOK, and wife, | § | |
| COURTNEY COOK | § | CIVIL ACTION NO. _____ |
| | § | |
| VS. | § | |
| | § | |
| OCEAN HARBOR CASUALTY | § | JURY DEMANDED |
| INSURANCE COMPANY | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, OCEAN HARBOR CASUALTY INSURANCE COMPANY ("Ocean Harbor"), Defendant herein, removes to this Court the state court action pending in the 260th Judicial District Court of Orange County, Texas invoking this Court's diversity jurisdiction, on the grounds explained below.

### I.   BACKGROUND

1.  On or about August 9, 2019, Plaintiffs Jonathan and Courtney Cook ("Plaintiffs") filed this action in the 260th Judicial District Court of Orange County, Texas, bearing Cause No. D190300-C (the "State Court Action") against Ocean Harbor. *See* State Court Action Petition, attached hereto in **Exhibit B**.

2.  Ocean Harbor was served with Plaintiffs' Petition on or about August 21, 2019. Thus, this Notice of Removal of the case to the United States District Court is timely filed by Defendant, as it is filed not more than thirty (30) days after service of the Petition on Ocean Harbor, in accordance with 28 U.S.C. §§ 1441 and 1446.

## II.   BASIS FOR REMOVAL:  DIVERSITY JURISDICTION

3. Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because:  (1) there is complete diversity between Plaintiffs and Ocean Harbor, and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A.   Complete diversity exists between Plaintiffs and Ocean Harbor.**

4. Plaintiffs' State Court Action may be removed to this Court because it arises under 28 U.S.C. § 1332.

5. Plaintiffs are citizens of Texas. In their Petition, Plaintiffs allege that they reside in Orange County, Texas[1] and that they own residential property in Orange County, Texas.[2]

6. Ocean Harbor Casualty Insurance Company is a foreign organization incorporated pursuant to the laws of the State of Florida and does not have its principle place of business in Texas. Pursuant to 28 U.S.C. § 1332(c)(1), therefore, Ocean Harbor is a citizen of the State of Florida.

7. Thus, there is complete diversity of citizenship between Plaintiffs and Ocean Harbor.

**B.   Amount in Controversy Exceeds $75,000.**

8. Plaintiffs' Original Petition recites that they are seeking actual damages, statutory damages, and exemplary and/or treble damages, for violations of Chapters 541 and 542 of the Texas Insurance Code relating to Ocean Harbor's alleged failure to properly adjust the claim for Plaintiffs' alleged property damage, and failure to pay the costs to repair such damages.[3] Plaintiffs assert that Defendant's alleged acts or omissions constituting violations of Chapters

---

[1] *See* Plaintiffs' Original Petition, **Exhibit B**, at sections II., V.
[2] *Id*.
[3] *Id*. at sections VII., VIII.

541 and 542 of the Texas Insurance Code were a proximate cause of Plaintiffs' damages.[4] Further, Plaintiffs' Petition states that the "reasonable and necessary costs of repair caused by Hurricane Harvey are $74,578.19."[5] Thus, Plaintiffs' Petition shows on its face that Plaintiffs' claims are in excess of $75,000, excluding interest and costs, and the amount in controversy requirement for removal set forth in 28 U.S.C. § 1446(c)(2)(A)-(B) is satisfied.

### IV.   VENUE

9.   Venue for removal is proper in this district and division because this district embraces the 260th Judicial District Court of Orange County, Texas, the forum in which the removed action was pending.

### V.   ATTACHMENTS

10.   Ocean Harbor will promptly provide written notice to Plaintiffs through delivery of a copy of this Notice and the state court Notice of Filing of Notice of Removal to Plaintiff's counsel of record, and to the Clerk of the Court for the 260th Judicial District Court of Orange County, Texas[6] through the filing of this Notice and the Notice of Filing of Notice of Removal into the record of the state court action.

11.   Copies of all pleadings, process, order, requests for trial by jury, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a).

12.   The following documents are being filed with this Court as exhibits to this Notice of Removal:

---

[4] *See* Plaintiffs' Petition, at section VI.
[5] *Id*. at section VII.
[6] Located at 801 W Division Ave, Orange, Texas 77630.

| | |
|---|---|
| **EXHIBIT A** | **Index of Matters Being Filed** |
| **EXHIBIT B** | **Certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon Defendant as required by 28 U.S.C. § 1446(a)** |
| **EXHIBIT C** | **List of all Counsel of Record** |
| **EXHIBIT D** | **Civil Cover Sheet** |

WHEREFORE, Defendant, Ocean Harbor Casualty Insurance Company, respectfully prays that the state court action be removed and placed on this Court's docket for further proceedings as though it had originated in this Court and that this Court issue all necessary orders. Ocean Harbor further requests any additional relief to which it may be justly entitled.

DATE: September 20, 2019.

    Respectfully submitted,

    LEWIS BRISBOIS BISGAARD & SMITH LLP

    By: */s/ Sarah R. Smith*
    Sarah R. Smith
    Texas State Bar No. 24056346
    USDC Texas Admission No. 1196616
    Sarah C. Plaisance
    Texas State Bar No. 24102361
    USDC Texas Admission No. 3310762
    24 Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone: 713.659.6767
    Facsimile: 713.759.6830
    sarah.smith@lewisbrisbois.com
    sarah.plaisance@lewisbrisbois.com

    ATTORNEYS FOR DEFENDANT,
    OCEAN HARBOR CASUALTY INSURANCE
    COMPANY

## **CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on September 20, 2019, via e-filing addressed to:

| | |
|---|---|
| David Dies | *Via Eserve* |
| D<small>IES</small> L<small>AW</small> O<small>FFICES</small> | |
| 1703 Strickland Drive | |
| Orange, TX 77630 | |
| rherford@dieslaw.com | |
| *Attorney for Plaintiffs* | |

                                    */s/ Sarah R. Smith*
                                    Sarah R. Smith