FILED: 8/9/2019 10:55 AM
Vickie Edgerly, District Clerk AUG 27 2019
Orange County, Texas
Reviewed By: Justin Rhodes

Cause No. D190300-C

| | | |
|---|---|---|
| JONATHAN COOK, and wife, COURTNEY COOK | § § § | IN THE JUDICIAL DISTRICT |
| VS. | § § § | ORANGE COUNTY, TEXAS |
| OCEAN HARBOR CASUALTY INSURANCE COMPANY | § § | 260th DISTRICT COURT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JONATHAN COOK, and wife, COURTNEY COOK, hereinafter referred to as Plaintiffs, and complains of OCEAN HARBOR CASUALTY INSURANCE COMPANY, hereinafter referred to as Defendant, and as grounds would show unto the court the following:

I.

Plaintiffs intend that discovery be conducted under Level III, Texas Rule of Civil Procedure 190.4.

II.

Plaintiffs, JONATHAN COOK, and wife, COURTNEY COOK are the owners of the residential property made the subject of this suit, which is situated in Orange County, Texas.

Defendant, OCEAN HARBOR CASUALTY INSURANCE COMPANY, is a corporation doing business in the venue and jurisdiction of this Court, who may be served by serving its registered agent/attorney for service: CT Corporation

AUG 27 2019

System, 350 North St. Paul Street, Dallas, TX 75201.

### III.

The Court has jurisdiction over Defendant, OCEAN HARBOR CASUALTY INSURANCE COMPANY because Defendant is a company doing business in the State of Texas and has purposefully established minimum contacts with the State of Texas. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

### IV.

Venue is proper in Orange County, Texas because the events made the basis of this suit took place in Orange County, Texas and the property made the subject of this claim is located in Orange County, Texas.

### V.

This lawsuit is brought against Defendant insurance carrier for recovery of costs of repair to Plaintiffs' residence caused by Hurricane Harvey. OCEAN HARBOR CASUALTY INSURANCE COMPANY, Defendant, sold a policy of homeowner's insurance to Plaintiffs and contracted to indemnify Plaintiffs for all losses caused by windstorm. On or about August 29, 2017, Hurricane Harvey caused extensive damages to Plaintiffs' residence located at 4760 Curtis Road, Orange, Orange County, Texas. Such costs of repair are estimated to be $74,578.19. Plaintiffs made proper claim for all costs of repair as required under the policy and allowed Defendant insurance company representatives and

AUG 2 7 2019

adjusters access to the property for thorough inspection and appraisal. To date, Defendant OCEAN HARBOR CASUALTY INSURANCE COMPANY, its agents, servants, employees and representatives have failed to indemnify and compensate Plaintiffs for their costs of repair.

## VI.

Plaintiffs bring this suit pursuant to Articles 541 and 542, et seq. of the Texas Insurance Code for all costs of repair and damages to their residence caused by Hurricane Harvey. The evidence will likely show:

1) Defendant and its representatives knowingly misrepresented to claimants pertinent facts or policy provisions relating to the coverage at issue;

2) Defendant and its representatives failed to acknowledge with reasonable promptness pertinent communications relating to the claim;

3) Defendant and its representatives failed to adopt and implement reasonable standards for the prompt investigation of the claim;

4) Defendant and its representatives failed to attempt in good faith, a prompt, fair and equitable settlement of the claim submitted in which liability has become clear;

5) Defendant and its representatives have compelled claimants to institute suit by offering substantially less than the amounts Plaintiffs will likely recover in suit;

AUG 2 7 2019

6) Defendant and its representatives have negligently or intentionally refused to pay the proper amount due under the policy.

The foregoing acts and omissions were a proximate cause of Plaintiffs damages.

## VII.
## DAMAGES

Plaintiffs would show that the reasonable and necessary costs of repair caused by Hurricane Harvey are $74,578.19 for which suit is brought.

## VIII.
## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that Defendant be cited to appear and answer herein and that upon final hearing, Plaintiffs have judgment over and against the Defendant, judgment for all damages and injuries alleged herein which are in excess of the minimum jurisdictional limits of this Court, and for such other and further relief, both general and specific, in law and in equity, for which Plaintiffs may show themselves justly entitled.

**PLAINTIFFS RESPECTFULLY REQUEST A TRIAL BY JURY.**

AUG 2 7 2019

Respectfully submitted,

DIES LAW OFFICES

DAVID DIES
State Bar #05850800
1703 Strickland Drive
Orange, Texas 77630
rherford@dieslaw.com
(409) 883-0892
(409) 670-0888 - Facsimile

ATTORNEYS FOR PLAINTIFFS